AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-00267 |
| Paul Thomas Brinson | ) Assigned To : Upadhyaya, Moxila A. |
|  | ) Assign. Date : 10/5/2023 |
|  | ) Description: Complaint W/ Arrest Warrant |
| Defendant | ) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      Paul Thomas Brinson                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    10/05/2023                                              _____
                                                                                 *Issuing officer's signature*

City and state:    Washington, D.C.            Moxila A. Upadhyaya, U.S. Magistrate Judge
                                                                                 *Printed name and title*

---

### Return

This warrant was received on *(date)*  10/5/2023 , and the person was arrested on *(date)*  10/10/2023
at *(city and state)*  Flower Mound, TX                .

Date:  10/10/2023                                _____
                                                                 *Arresting officer's signature*

                                                     Katie Preston / Special Agent
                                                                 *Printed name and title*